IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAROL MARTINEZ CARMONA, et al. *
  *
  Plaintiffs, *
  *
v. *  CIVIL NO. 98-2082 (JP)
  *
AUXILIO MUTUO HOSPITAL, et al., *
  *
  Defendants *
  *

## JUDGMENT

Pursuant to the Plaintiffs' Request for Order for the Voluntary Dismissal of the Case (**docket No. 32**), which is hereby **GRANTED** and made a part of this Judgment, and Federal Rule of Civil Procedure 41(a)(2), the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 15th day of December, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE